PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-PO-00001-CKD |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | DATE: February 15, 2024 |
| ROBERT L. DOUGLAS, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Carolyn K. Delaney |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 15, 2024.

2. Since the prior hearing, the United States has produced discovery to defendant, including investigative reports.

3. Defense counsel requires additional time to review the discovery and discuss potential resolution of this matter.

4. By this stipulation, the parties jointly request to continue the status conference until March 21, 2024 at 10:00 a.m.

///

///

STIPULATION AND ORDER                              1

5.  The violation notices allege a Class B misdemeanor.  Accordingly, no exclusion of time under the Speedy Trial Act is necessary.

IT IS SO STIPULATED.

Dated:  February 14, 2024        PHILLIP A. TALBERT
                                 United States Attorney

                                 /s/ ALSTYN BENNETT
                                 ALSTYN BENNETT
                                 Assistant United States Attorney

Dated:  February 14, 2024        /s/ LINDA HARTER
                                 LINDA HARTER
                                 Counsel for Defendant
                                 ROBERT L. DOUGLAS

**ORDER**

IT IS SO FOUND AND ORDERED

Dated:  February 14, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE