MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 Second Street, Second Floor
Sacramento, CA 95814
Telephone: 916-220-5520
Fax: 916-441-4299
Law.Office.MTH@gmail.com

Attorney for Defendant
ROBERT DOUGLAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:24-po-00001-CKD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Judge: Hon. Carolyn K. Delaney |
| ROBERT DOUGLAS, | Date: June 26, 2026 |
| Defendant. | Time: 2:00 PM |

Robert Douglas, by and through his attorney of record, Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Justin Lee, hereby stipulate to and request an order from this Court continuing the status conference in this matter from June 3, 2026, at 2:00 p.m. to June 26, 2026, at 2:00 p.m.

The reason for the continuance is due to an urgent family medical issue that has arisen for defense counsel, requiring her to be out of the office and unavailable for court from June 1 -5 in order to provide in-person care and support for family members in San Diego, CA. Defense counsel will be available any date after June 8, 2026, and the parties have determined that June 26, 2026, is a mutually convenient date for the hearing, where the Court is already holding a routine duty calendar. The government does not object to the continuance, based upon the reasons stated above.

Mr. Douglas has represented to defense counsel that he has been referred to and enrolled in group counselling classes and will have completed the remaining 40-hour treatment requirement

of his diversionary agreement prior to the June 26, 2026, hearing, for which he, through counsel, will file a status report and provide proof of progress or completion.

Base upon the foregoing, the parties request that this matter be continued to June 26, 2026, at 2:00 p.m.

Dated: May 29, 2026                                      Respectfully submitted,


                                                         */s/ Megan T. Hopkins*
                                                         MEGAN T. HOPKINS
                                                         Attorney for Defendant
                                                         ROBERT DOUGLAS


                                                         ERIC GRANT
                                                         United States Attorney


DATED: May 29, 2026                                      */s/ Justin Lee*
                                                         JUSTIN LEE
                                                         Assistant United States Attorney
                                                         Attorney for Plaintiff

Stipulation to Continue S/C                    -2-                    *United States v. Douglas*

**O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the change status conference currently set for June 3, 2026, at 2:00 p.m. be continued to June 26, 2026, at 2:00 p.m.

Dated: June 1, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue S/C                    -3-                    *United States v. Douglas*